STATE of Missouri, Respondent,

v.

James McDANIELS, Appellant.

James McDANIELS, Movant,

v.

STATE of Missouri, Respondent.

Nos. 63028, 64875.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 7, 1995.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM*

PER CURIAM.

Defendant appeals from conviction by a jury of possession of PCP, a controlled substance and his eleven year imprisonment sentence as a prior and persistent offender. He also appeals from the denial of his Rule 29.15 post-conviction motion following an evidentiary hearing. The points raised by defendant on appeal are without merit. No jurisprudential purpose would be served by a written opinion. The findings of fact by the trial court on the Rule 29.15 motion are not clearly erroneous and support the trial court's judgment. No error of law appears. Affirmance is made in compliance with Rules 30.25(b) and 84.16(b). Defendant's motion for remand is denied.

Judgments affirmed.

Raymond Louis BUNTE, Respondent,

v.

Sherry Ann BUNTE, Appellant.

No. 65577.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 7, 1995.

Andrew B. Leonard, Tracy M. Synan, McCarthy, Leonard, Kaemmerer, Owen, Laderman & Lamkin, L.C., Chesterfield, for appellant.

David D. Weltner, Bridgeton, for respondent.

Before SMITH, P.J., and PUDLOWSKI and SIMON, JJ.

*MEMORANDUM*

PER CURIAM.

Mother appeals from the trial court's award of primary custody of her two minor children to husband in this dissolution proceeding. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).